UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TERRY WEBB | CIVIL ACTION NO. 19-cv-1252 |
| VERSUS | JUDGE FOOTE |
| POLICE JUROR OF CLAIBORNE PARISH ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's complaint is dismissed without prejudice for lack of subject-matter jurisdiction and pursuant to 28 U.S.C. § 1915(e)(2). It is further ordered that the Clerk of Court decline to file any civil complaint submitted by Terry Webb unless the complaint has been presented first to a district judge of this court and the judge has specifically authorized in writing that the complaint may be filed. It further ordered that any motion to proceed in forma pauperis that accompanies such a complaint be referred to a district judge for action

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ____ day of _____, 2020.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE